JILL WILLIAMS (SBN 221793)
JOHN J. STUMREITER (SBN 58415)
CARPENTER, ROTHANS & DUMONT
500 South Grand Avenue, 19th Floor
Los Angeles, California 90071
Tel.: (213) 228-0400
Fax: (213) 228-0401
Email:   jwilliams@crdlaw.com
         jstumreiter@crdlaw.com

Attorneys for Defendant/Respondent
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA MILDENBERGER, in her individual capacity and in her capacity as CEO of SOUTHERN CALIFORNIA CAT ADOPTION TAILS; a California nonprofit corporation,<br><br>　　　　　Plaintiff/Petitioner,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; and DOES 1 through 50, inclusive<br><br>　　　　　Defendants/Respondents. | Case No. _____<br><br>**NOTICE OF REMOVAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

　　　　PLEASE TAKE NOTICE that Defendant County of Los Angeles hereby removes to the United States District Court, Central District of California the state court action described below.

　　　　1.　　On December 1, 2022, an action was commenced in the County of Los Angeles Superior Court, titled *Julia Mildenberger, etc. v. County of Los Angeles, et al.*, Los Angeles Superior Court No.22STCP02424.  A copy of the petition in such

case is attached in the separate exhibits volumes as Exhibit A.

2. Despite being labelled as a petition, the Petition includes a cause of action for damages under 42 U.S.C. § 1983, premised on alleged violations of the United States Constitution.

3. The first receipt of such document was by the purported service on the County of Los Angeles was made on December 6, 2022. Attached as Exhibits D and I, respectively, in the separate exhibit volumes, are true and correct copies of the Summons and of the Proof of Service filed with the Superior Court.

4. On December 8, 2022, the petitioner filed a First Amended Complaint, a copy of which is attached as Exhibit L in the separate exhibit volumes.

5. On December 9, 2022, plaintiff made service by mail of such document on counsel for the County of Los Angeles. A copy of the proof of service is attached as Exhibit M in the separate exhibits volumes.

6. As of the date of the filing of this removal, no defendant has been named in place of any Doe.

7. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by the defendants pursuant to the provisions of 28 U.S.C. § 1441 (b) and (c), in that it involves claims for violations of 42 U.S.C. § 1983.

DATED: January 5, 2023        CARPENTER, ROTHANS & DUMONT LLP

                              /s/ John J. Stumreiter
                           By:_____
                              Jill Williams
                              John J. Stumreiter
                              Attorneys for Defendant/Respondent
                              COUNTY OF LOS ANGELES